**Order entered November 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01341-CV

### PHILLIP DALE ARCHER AND CRYSTAL LYNN ARCHER, Appellants

### V.

### DAVID ALAN ARCHER, STEVEN LEE ARCHER, AND ANITA SUE HUNTER, Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-01204**

## ORDER

The Court **GRANTS** appellees' November 8, 2013 motion to extend time to file their

brief. We **ORDER** the appellees' brief received on November 15, 2013 filed as of the date of

this order.

/s/ ELIZABETH LANG-MIERS
JUSTICE